UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

IN RE: ASSIGNMENT OF COGNATE
CASES PURSUANT TO LOCAL CIVIL                    Administrative Order
RULE 3.3.2(c)                                    No.   20-CA-033
_____/

**WHEREAS**, the Court currently has pending four civil lawsuits challenging some aspects of Governor Whitmer's Executive Order 2020-42; and

**WHEREAS,** Case Nos. 1:20-CV-323, *Beemer, et al. v. Whitmer, et al.,* and 1:20-CV-325, *VanderZwaag, et al. v. Whitmer, et al.,* were assigned by random draw to Honorable Paul L. Maloney; and

**WHEREAS**, two new pending civil cases filed between the close of business Friday, April 17, 2020, and the opening of business Monday, April 20, 2020, also challenging aspects of Governor Whitmer's Executive Order 2020-42, have not yet been assigned; and

**WHEREAS**, the two newly filed cases, Case Nos. 1:20-CV-331, *Michigan Nursery and Landscape Association, et al. v. Whitmer, et al.*, and 1:20-CV-335, *Michigan United Conservation Clubs v. Whitmer, et al.*, have been determined to be cognate cases which should be assigned to one judge; and

**WHEREAS,** Local Rule 3.3.2(c) calls for all cognate cases to be assigned to the judge with the pending case bearing the lowest number; and

**WHEREAS**, all District Judges currently on the assignment wheel concur:

**IT IS ORDERED** that Case Nos. 1:20-CV-331, *Michigan Nursery and Landscape Association, et al. v. Whitmer, et al.*, and 1:20-CV-335, *Michigan United Conservation Clubs v. Whitmer, et al.*, as well as any new cases filed that include a challenge to Governor Whitmer's Executive Order, shall be assigned to the Honorable Paul L. Maloney pursuant to the approved procedure.   See W.D. Mich LCivR 3.3.2(c).

**IT IS FURTHER ORDERED** that Magistrate Judge Green shall be the Magistrate Judge assigned to these cases.

A copy of this Administrative Order shall be filed in each of these cases.

Dated:   April 20, 2020

ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE