UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF REASSIGNMENT
OF CASE NO. 1:20-cv-1104
_____/

MICHIGAN RESTAURANT & LODGING
ASSOCIATION, HEIRLOOM HOSPITALITY
GROUP, LLC, and H.I.H. INC. d/b/a Suburban
Inns,

    Plaintiffs,

v.

ROBERT GORDON, in his official
capacity as Director of the Michigan
Department of Health and Human Services,

    Defendant.
_____/

Administrative Order No. 20-CA-087

    WHEREAS Case Nos. 1:20-cv-323, *Beemer, et al. v. Whitmer, et al.,* 1:20-cv-325, *VanderZwaag, et al. v. Whitmer, et al.,* 1:20-cv-331, *Michigan Nursery and Landscape Association, et al. v. Whitmer, et al.*, and 1:20-cv-335, *Michigan United Conservation Clubs v. Whitmer, et al.*, were previously assigned to the Honorable Paul L. Maloney as cognate cases;

    WHEREAS Case No. 1:20-cv-1104, *Michigan Restaurant & Lodging Association, et al v. Gordon*, was recently randomly assigned to the Honorable Janet T. Neff;

    WHEREAS Magistrate Judge Phillip J. Green has recommended that the Honorable Paul L. Maloney and the Honorable Janet T. Neff consider reassigning Case No. 1:20-cv-1104 to the Honorable Paul L. Maloney under W.D. Mich. LCivR. 3.3.2(c); and

    WHEREAS both Article III Judges have consented to the reassignment and the Court being mindful of the need for the exercise of judicial economy:

**IT IS HEREBY ORDERED** that Case No. 1:20-cv-1104, *Michigan Restaurant & Lodging Association, et al v. Gordon*, is reassigned to the Honorable Paul L. Maloney under the approved procedure.

**IT IS FURTHER ORDERED** that Magistrate Judge Green shall be the Magistrate Judge assigned to Case No. 1:20-cv-1104.

**IT IS FURTHER ORDERED** that a copy of this Administrative Order shall be filed in each case referenced herein.

Dated:   November 18, 2020

ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE

**NOTICE TO THE PARTIES FROM THE CLERK OF COURT:**

Case number 1:20-cv-1104 has been reassigned to the Honorable Paul L. Maloney.  All future filings shall reflect his name.