UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY BEEMER and ROBERT MUISE,    )
                  Plaintiffs,    )
    )    No. 1:20-cv-323
-v-    )
    )    Honorable Paul L. Maloney
GRETCHEN WHITMER, *et al.*    )
                  Defendants.    )
    )

## JUDGMENT

The Court has dismissed all pending claims as moot.  As required by Rule 58 of the

Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    February 24, 2022                /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge